UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-cv-80874-JIC

HOWARD COHAN,

    Plaintiff,

vs.

BRINKER FLORIDA, INC.,
a Foreign Profit Corporation,
d/b/a CHILI'S GRILL & BAR

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BRINKER FLORIDA, INC., a Foreign Profit Corporation, d/b/a CHILI'S GRILL & BAR, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. The Parties expect to file a stipulation of dismissal within thirty (30) days and therefore request that future deadlines in this matter be stayed pending such filing.

RESPECTFULLY SUBMITTED September 28, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Edwin Cruz** |
| Gregory S. Sconzo, Esq. | Edwin Cruz, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 55579 |
| Samantha L. Simpson, Esq. | Edwin.Cruz@jacksonlewis.com |
| Florida Bar No.: 1010423 | **JACKSON LEWIS P.C.** |
| Sconzo Law Office, P.A. | One Biscayne Tower, Suite 3500 |
| 3825 PGA Boulevard, Suite 207 | 2 South Biscayne Boulevard |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 577-7600 |
| Facsimile: (561) 491-9459 | Tasos C. Paindiris, Esq. |
| Email: greg@sconzolawoffice.com | Florida Bar No. 41806 |
| Email: samantha@sconzolawoffice.com | Tasos.Paindiris@jacksonlewis.com |
| Email: alexa@sconzolawoffice.com | **JACKSON LEWIS P.C.** |
| Attorney for Plaintiff | 390 N. Orange Avenue, Suite 1285 |
| | Orlando, Florida 32801 |

1

                                Telephone: (407) 583-1602
                                Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                  **/s/ Gregory S. Sconzo**
                                  **Gregory S. Sconzo, Esq.**